# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Laurie Shaw, | Court File No. 17-CV-864 DWF/LIB |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Unum Life Insurance Company of America, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Laurie Shaw and Defendant Unum Life Insurance Company of America that the above-captioned action, is dismissed with prejudice, and without an award of costs, disbursements, or attorney's fees to any party.

**FIELDS LAW FIRM**

Dated: January 3, 2018

s/Merrick Williams
Merrick Williams
701 Washington Avenue North, Suite 300
Minneapolis, MN 55401
Telephone: 612-206-3472
**ATTORNEYS FOR PLAINTIFF**

**MESSERLI & KRAMER P.A.**

Dated: January 3, 2018

s/Terrance J. Wagener
Terrance J. Wagener
100 South Fifth Street, Suite 1400
Minneapolis, MN 55402
Telephone: (612) 672-3600
**ATTORNEYS FOR DEFENDANT**

1539224.1