## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Laurie Shaw, | Civil No. 17-864 (DWF/LIB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Unum Life Insurance Company of America, | |
| Defendant. | |

This matter, having been fully settled, and having come before the Court upon the parties' Stipulation for Dismissal With Prejudice filed on January 3, 2018, (Doc. No. [14]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, and without costs, disbursements, or attorney fees to any party.

Dated:  January 5, 2018             s/Donovan W. Frank
                                    DONOVAN W. FRANK
                                    United States District Judge